TIMOTHY D. BARROW, ESQ.
1060 U.S. Route 22 W., Suite 5
Lebanon, New Jersey 08833
(908) 236-2229
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| OPEN VERANDA INC., | : |
| Plaintiff, | CIVIL ACTION 25-01953 – KSH - MAH |
| vs. | |
| BEEONTRADE, INC.; TURKON CONTAINER TRANSPORT AND SHIPPING INC.. t/a Turkon Line, and OZAKS CAM ALINYUM INSAAT SAN. TIC.LTD. STI., | : STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(2) |
| Defendants. | : |

---

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff OPEN VERANDA INC., by and through its undersigned counsel, hereby stipulates to the voluntary dismissal of the Plaintiff's Verified Complaint In Admiralty *without prejudice subject to the following Stipulation.*

IT IS ALSO STIPULATED by the Plaintiff herein, through and by its undersigned counsel, that any reinstatement of this action as to Plaintiff's claims shall relate back to the original filing date of the Verified Complaint to avoid any defense of time-bar under the Carriage Of Goods By Sea Act's 1 year time limit to commence suit.

                                                                                             s/ Timothy D. Barrow
                                                                                     TIMOTHY D. BARROW, ESQ.
                                                                                     Attorney for Plaintiff,
                                                                                     OPEN VERANDA INC.

Dated: July 9, 2025
      Lebanon, New Jersey

SO ORDERED:

_____
HON. KATHERINE S. HAYDEN, U.S.D.J.
Dated:  July     , 2025         Newark, New Jersey